IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOSE ANTIGUA | : | NO. 13-672-1 |

ORDER

AND NOW, this 18th day of January, 2017, it is hereby

ORDERED that the motion of defendant Jose Antigua to terminate

his probation term is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                            J.